**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: James Gordon Walker Jr            CHAPTER 13
         Debtor(s)

BKY. NO. 24-13657 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of VILLAGE CAPITAL & INVESTMENT LLC and index same on the master mailing list.

                                                   Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
21 Oct 2024, 15:22:10, EDT

                                 KML Law Group, P.C.
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA 19106-1532
                                 (215) 627-1322