Certificate Number: 14912-PAE-DE-039024380

Bankruptcy Case Number: 24-13657



14912-PAE-DE-039024380

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 1, 2024</u>, at <u>3:43</u> o'clock <u>PM EDT</u>, <u>James Walker</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 1, 2024</u>      By:   <u>/s/Jai Bhatt</u>

Name:   <u>Jai Bhatt</u>

Title:   <u>Counselor</u>