UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re.   James Gordon Walker,            :
                                         :    No. 24-13657-PMM
                                         :
         Debtor.                         :    Chapter 13

AFFIDAVIT OF NO PAY ADVICES AND NO TAX RETURNS
PURSUANT TO 28 U.S.C. § 1746

    I, James Gordon Walker, hereby state under penalty of perjury that I do not receive pay advices and did not for the applicable 6-month period prior to the filing of this case. My sole sources of income are Social Security and Veterans Benefits and were for the aforementioned 6-month period. I further state that I did not file income tax returns for at least the last 2 years as I did not meet the income threshold to file same.

November 13, 2024                                       /s/ James Gordon Walker