United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 24-13657-pmm

James Gordon Walker, Jr.     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3

Date Rcvd: Feb 13, 2025     Form ID: pdf900     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Gordon Walker, Jr., 4701 Saint George Street, Reading, PA 19606-3368 |
| 14935740 | | Credence Resource Mana, 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 14935741 | | Credence Resource Management, LLC, Attn: Bankruptcy, PO Box 2300, Southgate, MI 48195-4300 |
| 14935742 | | Dish Network L.L.C., 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 14938205 | + | Village Capital and Investment LLC, c/o Denise Carlon, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 14 2025 00:10:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 14 2025 00:11:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14935735 | | Email/Text: bankruptcy@acacceptance.com | Feb 14 2025 00:10:00 | American Credit Acceptance, Attn: Bankruptcy, 961 E Main St, Fl 2, Spartanburg, SC 29302-2185 |
| 14935734 | + | Email/Text: bankruptcy@acacceptance.com | Feb 14 2025 00:10:00 | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2149 |
| 14935736 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 14 2025 00:09:00 | Bank of America, PO Box 45144, Jacksonville, FL 32232-5144 |
| 14935737 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 14 2025 00:09:00 | Bank of America, Attn: Bankruptcy NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 14935738 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 14 2025 00:10:00 | ComenityCapital/Boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 14935739 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 14 2025 00:10:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14935743 | + | Email/Text: bankruptcy@kikoff.com | Feb 14 2025 00:10:00 | Kikoff Lending LLC, 75 Broadway, San Francisco, CA 94111-1423 |
| 14935745 | | Email/Text: bkrgeneric@penfed.org | Feb 14 2025 00:09:00 | PenFed CU, 2930 Eisenhower Ave, Alexandria, VA 22314-4557 |
| 14935744 | | Email/Text: bkrgeneric@penfed.org | Feb 14 2025 00:09:00 | PenFed CU, 1001 N Fairfax St, Alexandria, VA 22314-1797 |
| 14946319 | | Email/Text: bk@villagecapital.com | Feb 14 2025 00:09:00 | Village Capital & Investment, 2550 Paseo Verde Parkway Suite 100, Henderson, NV 89074 |
| 14935746 | | Email/Text: bk@villagecapital.com | Feb 14 2025 00:09:00 | Village Capital & Investments, LLC, 2550 Paseo Verde Pkwy, Henderson, NV 89074-7129 |

Case 24-13657-pmm   Doc 22   Filed 02/15/25   Entered 02/16/25 00:31:52   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: pdf900 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14935747 | | Email/Text: bk@villagecapital.com | Feb 14 2025 00:09:00 | Village Capital & Investments, LLC, Attn: Bankruptcy, 2550 Paseo Verde Pkwy, Ste 100, Henderson, NV 89074-7129 |
| 14938061 | ^ | MEBN | Feb 14 2025 00:00:06 | VILLAGE CAPITAL & INVESTMENT LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14935749 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 14 2025 00:19:54 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |
| 14935748 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 14 2025 00:19:46 | Wells Fargo Bank NA, PO Box 393, Minneapolis, MN 55480-0393 |
| 14946437 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 14 2025 00:09:31 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St Louis Park, MN 55426-4927 |
| 14946725 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 14 2025 00:19:47 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14935750 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 14 2025 00:19:44 | Wells Fargo Bank, NA, PO Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14935751 | * | Wells Fargo Bank, NA, Attn: Bankruptcy, 1 Home Campus, MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2025                Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID W. TIDD | on behalf of Debtor James Gordon Walker Jr. bankruptcy@davidtiddlaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Village Capital & Investment LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4     User: admin     Page 3 of 3
Date Rcvd: Feb 13, 2025     Form ID: pdf900     Total Noticed: 25
TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    James Gordon Walker, Jr.<br><br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 24-13657-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: February 13, 2025**

*Patricia M. Mayer*

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE